IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02532-AP

REBECCA JANE FRANKLIN,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL**

    For Plaintiff:

    Michael W. Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    719-543-8636
    seckarlaw@mindspring.com

    For Defendant:

    JOHN F. WALSH
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    Chief, Civil Division
    United States Attorney's Office
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

    Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: **10/18/10.**
B. Date Complaint Was Served on U.S. Attorney's Office: **12/4/10.**
C. Date Answer and Administrative Record Were Filed**: 2/4/11.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete
and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due**:        3/31/11.**
B. Defendant's Response Brief Due**:    5/2/11.**
C. Plaintiff's Reply Brief (If Any) Due**:  5/17/11.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A.     Plaintiff's Statement:  Plaintiff does not request oral argument.
B.     Defendant's Statement: Defendant does not request oral argument**.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 25th day of February, 2011.

BY THE COURT:

<u>*s/John L. Kane*        </u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov