IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02532-PAB

REBECCA FRANKLIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the parties' stipulated motion for an award of attorney's fees [Docket No. 22] pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  "The EAJA statute provides that 'a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action . . ., including proceedings for judicial review of agency action, brought by or against the United States . . ., unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust."  *Manning v. Astrue*, 510 F.3d 1246, 1249 (10th Cir. 2007) (quoting 28 U.S.C. § 2412(d)(1)(A) (2006) (omissions in original) (emphasis omitted)). The parties agree that plaintiff should receive a total EAJA award in this case of $4,500.00.  The Court having considered the stipulated motion, it is

    **ORDERED** that the parties' stipulated motion for an award of attorney's fees [Docket No. 22] is GRANTED.  Defendant shall pay the amount of $4,500.00 to plaintiff

for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), such fee award made payable to plaintiff and mailed to plaintiff's attorney.

DATED June 13, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge